**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 98-6479**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BILLY DALTON FROST,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-92-253, CA-95-265-3-P)

―――――――――――

Submitted:  November 5, 1998          Decided:  December 15, 1998

―――――――――――

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Douglas A. Trant, TRANT & ASSOCIATES, Knoxville, Tennessee, for Appellant.  Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Billy Frost appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998)), and his application for a writ of Audita Querela under 28 U.S.C. § 1651 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Frost, Nos. CR-92-253; CA-95-265-3-P (W.D.N.C. Mar. 23, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED